**Milton Joseph TAYLOR, Petitioner—
Appellant,**

v.

**Lisa HOLLINGSWORTH, Warden,
Respondent—Appellee.**

No. 08–6128.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 29, 2008.

Decided: June 4, 2008.

Milton Joseph Taylor, Appellant Pro Se. John Walter Sippel, Jr., Assistant United

States Attorney, Baltimore, Maryland, for Appellee.

Before TRAXLER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Milton Joseph Taylor, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Taylor v. Hollingsworth,* No. 8:07–cv–00970–DKC (D.Md. Oct. 30, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*